UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

BLANCHE E. CHAPPA,

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

No. 6:24-CV-069-H-BU

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court reverse the Commissioner's decision and remand the case for further administrative action. Dkt. No. 17. No objections were filed, and neither the plaintiff nor the defendant has taken any action in this case since February 2025. *See* Dkt. Nos. 15; 16.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The Commissioner's decision is reversed, and the case is remanded for further administrative action in accordance with the FCR.

So ordered on June 30, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE