UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

BLANCHE C.,[1]

    Plaintiff,

v.

No. 6:24-CV-069-H

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION

    Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the plaintiff should be awarded $13,547.44 in attorney fees. Dkt. No. 22 at 5. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR.

Accordingly, it is ordered that the defendant pay the plaintiff an attorney fee under the Equal Access to Justice Act (EAJA) in the amount of $13,547.44. The defendant is ordered to make the check payable to the plaintiff and to mail the check to the address of the plaintiff's attorney, Howard D. Olinsky, at the following address:

---

[1] The plaintiff is identified only by first name and last initial due to privacy concerns inherent in the "sensitive personal information available to the public through opinions in Social Security cases." Dkt. No. 22 at 1 n.1.

Olinsky Law Group
250 S. Clinton Street
Suite 210
Syracuse, New York 13202.

So ordered on January 5, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

– 2 –

Case 6:24-cv-00069-H-BU    Document 23    Filed 01/05/26    Page 2 of 2    PageID 3898